UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.M. and M.S.M. individually and on behalf of their minor daughter, S.S.M.<br><br>Plaintiffs,<br><br>v.<br><br>BELLINGHAM SCHOOL DISTRICT,<br><br>Defendant. | NO. 2:25-CV-00521 – BJR<br><br>**JOINT STATUS REPORT & DISCOVERY PLAN** |

Pursuant to FRCP 26(f), and this Court's Order on Case Schedule (*Dkt. #4*), the Plaintiffs and the Defendant (collectively the "Parties") hereby submit the following Joint Status Report and Discovery Plan.

**1.    Statement of Nature and Complexity of Case**

Without any party making an admission and without waiver of any claims, rights, defenses, or arguments, the parties state that the general nature of this case is as follows. This case arises from an alleged violation of Title IX by the Bellingham School District in investigating a claim of sexual harassment and intimidation made by the Plaintiffs. Plaintiffs

JOINT STATUS REPORT & DISCOVERY PLAN - 1
2:25-CV-00521

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959

BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

allege a violation of Title IX, 20 U.S.C. § 1681 et seq. and negligence. The Defendant denies liability and will assert various affirmative defenses.

**2. Deadline for Joining Additional Parties**

The deadline for joining additional parties should be 60 days following the filing of this Joint Status Report.

**3. Magistrate**

The Parties do not consent to the Court assigning this action to a Magistrate Judge.

**4. Discovery Plan under Fed. R. Civ. Pro. 26(f)(3)**

**(A) Initial disclosures**

The Parties will timely complete initial disclosures per the case scheduling order.

**(B) Subjects, timing, and potential phasing of discovery.**

Discovery regarding both liability and damages will be needed. The Parties will work cooperatively to obtain discovery and schedule depositions. The Parties do not believe that discovery needs be conducted in phases and should be conducted within the parameters provided by the Federal Rules of Civil Procedure.

**(C) Electronically stored information.**

The parties do not foresee issues with the preservation of or production of electronically stored information, subject to any applicable objection or privilege. The Parties agree that documents will generally be produced in PDF format. If a specific email is produced in PDF format, and a party believes it needs to be produced in an alternate format, they may request such.

JOINT STATUS REPORT & DISCOVERY PLAN - 2
2:25-CV-00521

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959

BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

If the need to produce other categories of documents arises, the Parties agree to work cooperatively to minimize the time and expense related to production of e-discovery.

**(D) Privilege issues.**

The Parties will comply with applicable laws regarding any claims of privilege. At this time, the Parties do not anticipate any unusual privilege issues.

**(E) Proposed limitations on discovery.**

The parties do not propose any limitations beyond those set forth by Federal Rules of Civil Procedure and Local Civil Rules of this Court. If issues arise, the parties will attempt to resolve them cooperatively, and if necessary, will file the appropriate motions after meeting and conferring.

**(F) The need for any discovery related orders.**

At this time, the parties do not anticipate the need for any discovery related orders.

**5.    LCR 26(f)(1) Topics**

**(A) Possibility of a Prompt Resolution**

The Parties will work cooperatively to obtain discovery and schedule depositions. At this time, the Parties do not have any other suggestions for prompt resolution of the case.

**(B) Alternative dispute resolution**

The Parties are willing to engage in alternative dispute resolution and plan to attend mediation prior to the initiation of formal discovery.

**(C) Related Cases.**

JOINT STATUS REPORT & DISCOVERY PLAN - 3
2:25-CV-00521

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

There are no related cases.

**(D) Managing Discovery**

*See* subsection 4(B) above. The parties will work cooperatively in exchanging discovery and are open to informal exchanges of discovery where feasible. The Parties do not anticipate the need for judicial management or conferences regarding discovery but will make such a request if necessary.

**(E) Discovery Management**

*See* subsection 4(B) above. Discovery regarding liability and damages will be necessary.

**(F) Phasing of Motions**

The Parties do not believe that the phasing of motions is desired or needed.

**(G) Preservation of Discoverable Information**

The Parties do not foresee issues with the preservation or the production of information, including electronically stored information, subject to any applicable objection or privilege.

**(H) Privilege and Inadvertent Production**

*See* 4D above. The Parties will comply with applicable laws regarding any claims of privilege and inadvertent production. At this time, the Parties do not anticipate any unusual privilege issues.

**(I) Model Protocol for Discovery of ESI**

The Parties do not foresee any issues in preserving and producing any electronically stored information. The Parties do not adopt the Model Protocol for Discovery of ESI.

**(J) Alternatives to Model Protocol**

JOINT STATUS REPORT & DISCOVERY PLAN - 4
2:25-CV-00521

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959

BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013

EMAIL: mail@ssslawgroup.com

The Parties will preserve potentially discoverable ESI. The Parties will work cooperatively to produce ESI in an accessible format, such as PDF format.

**6.   Discovery Completion**

The Parties believe that discovery can be completed 120 days before trial, other than expert discovery. Expert reports, other than rebuttal reports, should be completed and disclosed 90 days prior to trial, pursuant to Fed. R. Civ. Pro. 26(a)(2)(D)(i).

**7.   Bifurcation of Trial**

The Parties do not foresee any need or basis to bifurcate the trial.

**8.   Pretrial Statements and Order**

Pretrial Statements and the Pretrial Order should not be dispensed with.

**9.   Suggestions for Shortening or Simplifying the Case**

As outlined above, the Parties will work cooperatively through discovery and motions practice and have no further suggestions.

**10.   The Date this Case will be Ready for Trial**

The Parties expect that this case will be ready for trial in June 2026.

**11.   Jury or Non-Jury Trial**

Plaintiff demanded a Jury Trial.

**12.   Number of Days for Trial**

The parties expect that 5 days will be needed for trial.

**13.   Name and Contact Information for Trial Counsel**

Plaintiff:     Lara Hruska
               Whitney Hill
               600 1st Ave, Ste. 330, PMB 96563

JOINT STATUS REPORT &
DISCOVERY PLAN - 5
2:25-CV-00521

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE                          BELLINGHAM OFFICE
711 CAPITOL WAY S, STE 602              1223 COMMERCIAL ST
OLYMPIA, WA 98501                       BELLINGHAM, WA 98225
TEL: (360) 534-9960                     TEL: (360) 752-2000
FAX: (360) 534-9959                     FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

|   |   |   |
|---|---|---|
| 1 | | Seattle, WA 98104 |
| 2 | | 206-607-8277 |
|   | | lara@cedarlawpllc.com |
| 3 | | whitney@cedarlawpllc.com |
| 4 | Defendant: | Bret S. Simmons |
|   | | Shane P. Brady |
| 5 | | 1223 Commercial Street |
|   | | Bellingham, WA 98225 |
| 6 | | 360-752-2000 |
|   | | bret@ssslawgroup.com |
| 7 | | shane@ssslawgroup.com |

**14. Dates Trial Counsel Are Unavailable**

Plaintiff is not available on the following dates:

June 19, 2025

June 23 – July 11, 2025

July 31, 2025

October 6 – 17, 2025

November 11, 2025

November 27 – 28, 2025

December 22 – 26, 2025

February 9 – 17, 2026

March 30 – 7, 2025

Defense counsel is not available:

May 4 - 8, 2026

May 19 – May 26, 2026

June 1 - 16, 2026

JOINT STATUS REPORT &
DISCOVERY PLAN - 6
2:25-CV-00521

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE                              BELLINGHAM OFFICE
711 CAPITOL WAY S, STE 602          1223 COMMERCIAL ST
OLYMPIA, WA 98501                         BELLINGHAM, WA 98225
TEL: (360) 534-9960                           TEL: (360) 752-2000
FAX: (360) 534-9959                          FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

**15. Service of the Defendants**

The Defendant has waived service.

**16. Scheduling Conference**

The Parties do not request a scheduling conference.

**17. Corporate Fiing Statement**

Not applicable.

DATED this 6th day of May, 2025.

        CEDAR LAW PLLC

*/s/ Lara Hruska*

LARA HRUSKA, WSBA No. 46531
WHITNEY HILL, WSBA No. 53715
600 1st Ave, Ste. 330, PMB 96563
Seattle, WA 98104
Ph: (206) 607-8277; Fax: (206) 237-9101
lara@cedarlawpllc.com
whitney@cedarlawpllc.com
Attorneys for Plaintiff

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC

s/Shane P. Brady

BRET S. SIMMONS, WSBA No. 25558
SHANE P. BRADY, WSBA No. 34003
1223 Commercial St., Bellingham, WA 98225
Phone: (360) 752-2000 / Fx. 360-656-5013
bret@ssslawgroup.com
shane@ssslawgroup.com
Attorneys for Defendant Bellingham School District

JOINT STATUS REPORT &
DISCOVERY PLAN - 7
2:25-CV-00521

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE                              BELLINGHAM OFFICE
711 CAPITOL WAY S, STE 602         1223 COMMERCIAL ST
OLYMPIA, WA 98501                          BELLINGHAM, WA 98225
TEL: (360) 534-9960                            TEL: (360) 752-2000
FAX: (360) 534-9959                            FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com