# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

A. M. et al.,

                Plaintiff(s),

v.

BELLINGHAM SCHOOL DISTRICT,

                Defendant(s).

CASE NO. 2:25−cv−00521−BJR

ORDER SETTING TRIAL DATE AND RELATED DATES

| | |
|---|---|
| JURY TRIAL DATE | June 22, 2026 |
| Deadline for joining additional parties | July 7, 2025 |
| Deadline for filing amended pleadings | July 28, 2025 |
| Reports from expert witness under FRCP 26(a)(2) due | November 24, 2025 |
| Discovery completed by | December 24, 2025 |
| All dispositive motions must be filed by | January 23, 2026 |
| All motions *in limine* must be filed by | May 13, 2026 |
| Joint Pretrial Statement | May 26, 2026 |
| Pretrial conference | June 9, 2026 |
| Length of Jury Trial | 5 Days |

ORDER SETTING TRIAL DATE
AND RELATED DATES – 1

1  These dates are set at the direction of the Court after reviewing the joint status
2  report and discovery plan submitted by the parties. All other dates are specified in the
3  Local Civil Rules and/or the Court's Standing Order in all civil cases. If any of the dates
4  identified in this Order, the Standing Order, or the Local Civil Rules fall on a weekend or
5  federal holiday, the act or event shall be performed on the next business day. These are
6  firm dates that can be changed only by order of the Court, not by agreement of counsel or
7  the parties. The Court will alter these dates only upon good cause shown: failure to
8  complete discovery in the time allowed is not recognized as good cause.

9  If the trial date assigned to this matter creates an irreconcilable conflict, counsel
10  must notify the Courtroom Deputy Clerk in writing within **TEN (10) days** of the
11  date of this Order and must set forth the exact nature of the conflict. A failure to do so
12  will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled,
13  but it should be understood that the trial may have to await the completion of other cases.

**SO ORDERED.**

The 7th of May 2025.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE